UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY PERRY, #188623,

    Plaintiff,

v.

CASE NO. 2:13-CV-11826
HONORABLE DENISE PAGE HOOD

VELSICO CHEMICAL CORP., et al.,

    Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint, brought pursuant to 42 U.S.C. § 1983, is **DISMISSED.**

    S/Denise Page Hood
    Denise Page Hood
    United States District Judge

Dated:  May 31, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2013, by electronic and/or ordinary mail.

    S/LaShawn R. Saulsberry
    Case Manager