UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GARY PERRY, #188623,

                    Plaintiff,

                                                    CASE NO. 2:13-CV-11826
v.                                                  HONORABLE DENISE PAGE HOOD

VELSICO CHEMICAL CORP., et al.,

                    Defendants.
_____/

## **JUDGMENT**

        The above-entitled matter having come before the Court, the Honorable Denise Page

Hood, United States District Judge, presiding, and in accordance with the Opinion and Order

entered on this date;

        **IT IS ORDERED AND ADJUDGED** that the civil rights complaint, brought pursuant

to 42 U.S.C. § 1983, is **DISMISSED.**



                              S/Denise Page Hood_____
                              Denise Page Hood
                              United States District Judge

Dated:  May 31, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on
May 31, 2013, by electronic and/or ordinary mail.

                              S/LaShawn R. Saulsberry_____
                              Case Manager